UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
September 3, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUBEN ANGEL CASTRO,<br><br>Defendant. | Case No. 2:19-mj-00142-EFB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release RUBEN ANGEL CASTRO Case No. 2:19-mj-00142-EFB Charges 21 USC § 846, 841(a)(1) from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

X     Unsecured Appearance Bond $ 50,000.00 Co-signed by Karla Cortez

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

X     (Other): Defendant to be released from USM to the custody of Pretrial Services on 9/4/2019 at 9:00 AM. Pretrial Supervision conditions as stated on the record in open court.

Issued at Sacramento, California on September 3, 2019 at 2:00 PM

By: _____

Magistrate Judge Kendall J. Newman